**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Eddie Mack Stewart, Appellant.

Appellate Case No. 2014-001324

---

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

---

Unpublished Opinion No. 2016-UP-308
Submitted May 1, 2016 – Filed June 22, 2016

---

**APPEAL DISMISSED**

---

Appellate Defender Benjamin John Tripp, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General John Benjamin Aplin, and Assistant Attorney General Megan Harrigan Jameson, all of Columbia; and Solicitor James Strom Thurmond, Jr., of Aiken, for Respondent.

---

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT and THOMAS, JJ., and CURETON, A.J., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.